

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2022

No. 04-22-00060-CV

Christie Lynn **TERRELL**,
Appellant

v.

Rashin **MAZAHERI**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-06326
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's brief is due on March 10, 2022. On March 5, 2022, appellant filed an unopposed motion asking for a twenty-day extension of time in which to file the brief. However, in the motion, appellant's counsel, Ms. Meredith Cooper, states she is waiting for a supplemental clerk's record and supplemental reporter's record to be filed. Ms. Cooper states the Bexar County civil appeals clerk has not requested payment for the supplemental clerk's record; therefore, Ms. Cooper does not indicate when the record will be filed. Ms. Cooper also states appellant has requested and paid for the supplemental reporter's record but does not indicate when the record will be filed.

It is therefore ORDERED that appellant provide written proof to this court **no later than March 14, 2022** that the clerk's fee for the supplemental clerk's record has been paid or arrangements have been made to pay the clerk's fee.

It is further ORDERED that appellant provide written proof to this court **no later than March 14, 2022** that the reporter's fee for the supplemental reporter's record has been paid or arrangements have been made to pay the reporter's fee.

If appellant fails to respond within the time provided, appellant's brief will be due within twenty days from the date of this order. If appellant complies with this order, appellant's brief will be due no later than twenty days from the date both supplemental records are filed. **FURTHER EXTENSIONS OF TIME ARE DISFAVORED.**

_____
Lori I. Valenzuela, Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2022.



_____
Michael A. Cruz,
Clerk of Court